**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:26-cv-00284-HSO-BWR** |
| **BOLLINGER SHIPYARDS, LLC; BOLLINGER MISSISSIPPI SHIPBUILDING, LLC,** | ) | |
| **Defendants.** | ) | |

# NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the U.S. Equal Employment Opportunity Commission, hereby notifies the Court and all counsel that Trent Thompson is entering his appearance as counsel for Plaintiff.

Respectfully submitted, October 8, 2026,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov