IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
| | ) | |
| Plaintiff. | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | 1:26-cv-284-HSO-BWR |
| | ) | |
| v. | ) | JURY TRIAL DEMAND |
| BOLLINGER SHIPYARDS, LLC.; | ) | |
| BOLLINGER MISSISSIPPI | ) | |
| SHIPBUILDING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and all counsel that Marsha L. Rucker is entering her appearance as additional counsel for Plaintiff.

Date: October 13, 2026

Respectfully submitted,

*/s/ Marsha Lynn Rucker*
Marsha Lynn Rucker (PA 90041)
Regional Attorney
marsha.rucker@eeoc.gov
Tel.: (205) 651-7045

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I filed the foregoing with the Clerk of Court using CM/ECF system which will electronically send notification of the filing to all attorneys of records.

*/s/Marsha L. Rucker*
Marsha L. Rucker