IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| | ) | |
| Plaintiff. | ) | No. 1:26-cv-284-HSO-BWR |
| | ) | |
| v. | ) | |
| | ) | |
| BOLLINGER SHIPYARDS, LLC; BOLLINGER MISSISSIPPI SHIPBUILDING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and all counsel that Benjamin G. Cain is entering his appearance as additional counsel for Plaintiff.

Date: October 15, 2026

Respectfully submitted,

*/s/ Benjamin G. Cain*
Benjamin G. Cain (DC Bar No. 1046636)
Assistant Regional Attorney
benjamin.g.cain@eeoc.gov
Tel.: (769) 487-6907

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification of the filing to all attorneys of record.

*/s/Benjamin G. Cain*
Benjamin G. Cain