IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

v. CIVIL NO.: 1:26-cv-284-HSO-BWR

BOLLINGER SHIPYARDS, LLC, et al.

ORDER TO REASSIGN

BY AGREEMENT OF THE JUDGES, pursuant to Section IV of this Court's Case Assignment Order of Internal Rule 1, as amended effective November 4, 2026, in order to equitably manage and distribute the caseload of the Court, and to assure prompt and expeditious handling of the Court docket, the Court finds that the above-captioned civil case should be, and hereby is, reassigned to United States District Judge Taylor B. McNeel.

IT IS FURTHER ORDERED that the Magistrate Judge assignment for this case will be reassigned to Robert P. Myers, Jr.

SO ORDERED AND ADJUDGED this the 24th day of November 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE